# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SYNCLAIR MYERS,<br><br>      Plaintiff,<br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC. et al.,<br><br>      Defendant. | CASE NO. 3:24-cv-05914-DGE<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

  The stipulated motion to dismiss Defendant Equifax Information Services LLC ("Equifax") with prejudice (Dkt. No. 16) is GRANTED. The Clerk is directed to terminate Equifax from the case. Going forward, the parties must submit an editable Word-format version of proposed orders to the Court via email at estudilloorders@wawd.uscourts.gov. *See* LCR 7(b).

  Dated this 9th day of December, 2024.

MINUTE ORDER - 1

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.